# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DARRAN RYAN, NANCY RYAN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 200, inclusive,<br><br>　　　　Defendant. | Case No.: 2:08-CV-08620-SVW (AJWx)<br>*[LASC Case No.: BC403048]*<br><br>*[Assigned to Honorable Stephen V. Wilson]*<br><br>**ORDER**<br><br>**J S - 6** |

**IT IS SO ORDERED:**

The above-captioned action is hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: September 8, 2009

*[signature]*
_____
Honorable Stephen V. Wilson

281128.1 / 34-1027　　　　　　　　　　　　　　　　　　　CV -8-8620 SVW(AJWX)

[PROPOSED] ORDER